# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**567**

**CA 11-01444**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

THOMAS W. DECKMAN, CLAIMANT-APPELLANT,

                V                           ORDER

STATE OF NEW YORK, DEFENDANT-RESPONDENT.
(CLAIM NO. 107175.)

---

FRANCIS M. LETRO, BUFFALO (RONALD J. WRIGHT OF COUNSEL), FOR
CLAIMANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATHLEEN M. ARNOLD OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------

    Appeal from a judgment of the Court of Claims (Michael E. Hudson,
J.), entered October 4, 2010 in a personal injury action.  The
interlocutory judgment apportioned liability after trial.

    It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs for reasons stated in the decision
at the Court of Claims.

Entered:  April 20, 2012                   Frances E. Cafarell
                                        Clerk of the Court